UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANE S. PHIPPS,<br><br>                Plaintiff,<br><br>   v.<br><br>MARK KAIMAN, et al.,<br><br>                Defendants. | CASE NO. C18-1684 TSZ<br><br>**ORDER DISMISSING CASE** |

The Court, having reviewed the Report and Recommendation and the record, does hereby **ORDER**:

1. The unopposed Report and Recommendation is **ADOPTED**;

2. This case is **DISMISSED with prejudice**.

DATED this 17th day of December, 2018.

                                                Thomas S. Zilly
                                              United States District Judge